

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-21-00189-CV

**B&E TRUCKING, LLC**,
Appellants

v.

Jackline **ROLLINS**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-16578
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: September 8, 2021

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due to be filed by July 26, 2021. Neither the brief nor a motion for extension of time was filed. By order dated August 20, 2021, appellant was ordered to file its brief and to show cause in writing by August 27, 2021, why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM